Filed 5/13/25  In re Jose C. CA4/1

## NOT TO BE PUBLISHED IN OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

COURT OF APPEAL, FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA

| | |
|---|---|
| In re Jose C., a Person Coming Under the Juvenile Court Law. | |
| | D083971 |
| THE PEOPLE, | |
| Plaintiff and Respondent, | (Super. Ct. No. JJL000952) |
| v. | |
| JOSE C., | |
| Defendant and Appellant. | |

APPEAL from a judgment of the Superior Court of Imperial County, William D. Quan, Judge.  Affirmed.

Jennifer M. French, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

This appeal arises from a dispositional order of the juvenile court. Jose C. (Minor) was on probation from a Riverside County juvenile court disposition in 2023 when the Minor admitted possessing a stolen vehicle

(Pen. Code,[1] § 496d, subd. (a)) and several firearm-related misdemeanors. The court placed the Minor on probation.

In January 2024, the Minor admitted an assault causing great bodily injury (§ 245, subd. (a)(2)), and carrying a concealed weapon (§ 25850, subd. (c)(6)). The Minor's case was then transferred to Imperial County for disposition.

Following a dispositional hearing, the Imperial County juvenile court declared the Minor to be a ward of the court. The court found it would not be safe to place the Minor in a less restrictive program and thus placed him in the Short-Term Residential Therapeutic Program (STRTP) for a maximum confinement of three years. The Minor was given 396 days of custody credits.

The Minor filed a timely notice of appeal.

Appellate counsel has filed a brief pursuant to *People v. Wende* (1979) 25 Cal.3d 436 indicating counsel has not been able to identify any arguable issues for reversal on appeal. Counsel asks the court to independently review the record for error as mandated by *Wende*. We offered the Minor the opportunity to file his own brief on appeal, but he has not responded.

STATEMENT OF FACTS

The Minor admitted he committed an assault and that he had carried a concealed and loaded firearm.

---

[1] All statutory references are to the Penal Code unless otherwise specified.

## DISCUSSION

As we have noted, appellate counsel has filed a *Wende* brief and asks the court to independently review the record for error. Counsel has also identified several possible issues that were considered in evaluating the potential merits of this appeal. (*Anders v. California* (1967) 386 U.S. 738.)

1.    Whether the court abused its discretion in declaring the Minor to be a ward of the court and placing him in the STRTP program.

2.    Whether the juvenile court properly calculated the maximum period of confinement.

3.    Whether the juvenile court properly determined the maximum period of confinement.

We have independently reviewed the record for error as required by *Wende* and *Anders*. We have not discovered any arguable issues for reversal on appeal. Competent counsel has represented the Minor on this appeal.

## DISPOSITION

The juvenile court's dispositional order is affirmed.


HUFFMAN, J.


WE CONCUR:


McCONNELL, P. J.


BUCHANAN, J.